

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2020

No. 04-19-00393-CV

**STATE FARM LLOYDS**,
Appellant

v.

Stephen A. **VEALE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10370
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before February 12, 2020. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court